United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE N.A., A BUSINESS ENTITY; FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK FA, and DOES 1 TO 10 INCLUSIVE,<br><br>    Defendants. | Case No.  5:14-cv-01124 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On May 19, 2014, defendants moved to dismiss the complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than May 26, 2014, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.  Despite reminders from the court, not all parties have done so.  Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge.  28 U.S.C. § 636; Civ. L.R. 73-1.

Dated:  June 9, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-01124-HRL Notice has been electronically mailed to:

David Henry Waters    dwaters@burnhambrown.com, bghanaat@burnhambrown.com, landrew-marshall@burnhambrown.com

Jack William Schwartz , Jr    jschwartz@burnhambrown.com, djones-wilson@burnhambrown.com

Nikhil Bhatnagar    bhatnagar.nikhil84@gmail.com