| | |
|---|---|
| 1 | David H. Waters, CASB# 078512 |
|   | dwaters@burnhambrown.com |
| 2 | Jack W. Schwartz Jr., CASB# 124506 |
|   | jschwartz@burnhambrown.com |
| 3 | BURNHAM BROWN |
|   | A Professional Law Corporation |
| 4 | P.O. Box 119 |
|   | Oakland, California 94604 |
| 5 | --- |
|   | 1901 Harrison Street, 14th Floor |
| 6 | Oakland, California  94612 |
|   | Telephone:     (510) 444-6800 |
| 7 | Facsimile:      (510) 835-6666 |
| 8 | Attorneys for Defendant Federal Deposit Insurance |
|   | Corporation, as Receiver For Washington Mutual Bank |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 13 | ALVARO MARTINEZ, | No. 5:14-CV-01124- EJD |
| 14 | Plaintiff, | State Court Case No. 112CV237957 |
| 15 | v. | *Assigned To The Honorable* |
|    |    | EDWARD J. DAVILA, United States District Judge |
| 16 | JP MORGAN CHASE N.A., A BUSINESS ENTITY; FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK FA, and DOES 1 TO 10 INCLUSIVE, | [Proposed] **ORDER ON DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK MOTION TO DISMISS CLAIMS** |
| 19 | Defendants. | **[FRCP Rules 12(b)(1), 12(b)(3)  and 12(b)(6)]** |
|    |    | Decided without a hearing pursuant to Civil Local Rule 7-1(b) |

The Motion of the Federal Deposit Insurance Corporation As Receiver of Washington Mutual Bank ("*FDIC – Receiver*") was found suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b).  No opposition was filed, and the time for filing such opposition has passed.

1

[Proposed] Order On Motion Of Defendant Federal Deposit Insurance Corporation As Receiver    No. 5-14-cv-01124- EJD
of Washington Mutual Bank To Dismiss Claims

The Court, having reviewed the motion papers filed by the FDIC – Receiver and opposition papers filed by the Plaintiff, having heard oral argument and FOR GOOD CAUSE APPEARING, finds that the Plaintiff did not file an administrative claim with the FDIC – Receiver and, based thereon, this Court lacks jurisdiction over the FDIC- Receiver with respect to Plaintiff's claims.

Plaintiff's claims against the FDIC – Receiver should therefore be, and are, dismissed. Judgment shall be entered in favor of the FDIC. Since the state court docket reveals that J.P. Morgan Chase N.A. was dismissed prior to removal. the Clerk shall close this file.

IT IS SO ORDERED.

Dated: ___July 29___, 2014

EDWARD J. DAVILA
United States District Judge

4849-5888-5915, v. 1

2

[Proposed] Order On Motion Of Defendant Federal Deposit Insurance Corporation As Receiver of Washington Mutual Bank To Dismiss Claims    No. 5-14-cv-01124-EJD