IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALVARO MARTINEZ, | CASE NO. 5:14-cv-01124 EJD |
| Plaintiff(s), | **JUDGMENT** |
| v. | |
| JP MORGAN CHASE, N.A., et. al., | |
| Defendant(s). | |

Defendant Federal Deposit Insurance Corporation's ("FDIC") Motion to Dismiss having been granted and Plaintiff's claims against the FDIC having been dismissed (see Docket Item No. 14);

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the FDIC.

**IT IS SO ORDERED.**

Dated: July 29, 2014

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:14-cv-01124 EJD
JUDGMENT

1